**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSHUA JACOBS** **PLAINTIFF**

**V.** **CASE NO. 4:25CV01314 JM**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

**ORDER**

The Court has received a Recommendation filed by United States Magistrate Judge Patricia S. Harris. No objections were filed by the Plaintiff and the time to do so has expired. After careful review of those Findings and Recommendations and a review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The final decision of the Commissioner is affirmed, and the Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 27th day of October, 2026.

UNITED STATES DISTRICT JUDGE